UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE AUTOMOBILE MUTUAL INSURANCE
COMPANY,

                              Plaintiff,

        -against-

TENNANT SPECIAL RISK, LLC,

                              Defendant.

Case No.  1:20-cv-01281-JSR

The motion of Lauren N. Tuckey for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**.

Applicant has declared that she is a member in good standing of the bars of the States of Illinois and Wisconsin; and that her contact information is as follows:

> Lauren N. Tuckey
> BATESCAREY LLP
> 191 N. Wacker, Suite 2400
> Chicago, IL 60606
> Tel.: (312) 762-3100
> Fax: (312) 762-3200

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for State Automobile Mutual Insurance Company in the above-captioned action;

**IT IS HEREBY ORDERED** that the applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
        August 20, 2020

HON. JED S. RAKOFF, U.S.D.J.