UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> TENNANT SPECIAL RISK, LLC, <br><br> Defendant. | Case No. 1:20-cv-01281-JSR <br><br> Order |

**AND NOW**, upon consideration of Plaintiff State Automobile Mutual Insurance Company's application to file documents under seal, **IT IS HEREBY ORDERED THAT** the application is **GRANTED**. In connection with the documents to be filed in support of Plaintiff's motion for summary judgment (ECF dkt. # 41), Plaintiff may file under seal the settlement agreement referenced in Paragraph 78 of the Complaint in this Action, and may redact certain references to the contents of such settlement agreement in Plaintiff's moving papers.

**SO ORDERED.**

Dated: New York, New York
September 22, 2020

_____
HON. JED S. RAKOFF, U.S.D.J.